FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HUERTA, | NO. CV 09-0979 SVW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 7, 2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE